Clerk of the Court
U.S. District Court
In and For Delaware
844 N. King Street
Unit 18
Wilmington, DE.
19801

Dated: July 7, 2011

Re: U.S. Marshal's delivery of Suit to proper parties and Answer to petitioner's request for a reconsideration (according to caselaw) of Judges Order dated June 5th, 2011

District Court Clerk:

I would like to know what the status is in my case? 1:10-CV-00674 SLR, I have heard nothing concerning the delivery of papers to the appropriate parties by the U.S. Marshall's Office. And the three motions I have before this Court.

1. Reconsideration on Judges Order dismissing certain individuals and the misapplication of Federal Law to those same individuals.

2. Motion for Discovery of Documents.

3. Appointment of Counsel Motion

Can you also supply me with a copy of finances that I have already paid.

Edward L. Thompson #00256882
Pro Se'
J.T.V.C.C. Annex D2/1B
1181 Paddock Road.
Smyrna, DE 19977

FILED
JUL 13 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Ed Thompson

SBI# 256882 UNIT Annex D2/18

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
08 JUL 2011 PM 1 T



Clerk of the Court
U.S. District Ct. for DE.
844 N. Kings - Unit 18
Wilmington, DE
19801

19801+3570

Form #: NC-71-A